UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

WILLIAM CHANCE STEPHENS,

       Petitioner,                       Case No. 2:18-cv-197

v.                                        Honorable Paul L. Maloney

DUNCAN MACLAREN,

       Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   December 20, 2018           /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge