UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

WILLIAM CHANCE STEPHENS,

    Petitioner,

v.

DUNCAN MACLAREN,

    Respondent.

_____/

Case No. 2:18-cv-197

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  December 20, 2018           /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge